JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-273-JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| PANCHO RODRIGUEZ-VILLA, | |
| Defendant. | |



THE COURT has considered the unopposed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to an order extending the indictment deadline from on or about November 9, 2016 to December 11, 2016.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment. Additionally, the Court finds and incorporates the facts as set forth in the accompanying Motion to Extend the Indictment Deadline.

IT IS ORDERED that the date on or before an indictment must be filed is extended to December 11, 2016.

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(*Pancho Rodriguez-Villa*, CR16-273-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the period of delay from on or about November 9, 2016 to December 11, 2016 is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 10th day of November, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Greg Geist*
Assistant Federal Public Defender
Attorney for Pancho-Rodriguez-Villa

ORDER TO EXTEND THE
INDICTMENT DEADLINE
(*Pancho Rodriguez-Villa*, CR16-273-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100